**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KEVIN MARQUIS PRICE, | No. CV 10-1411-JGB (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DOMINGO URIBE, JR., Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the first amended petition in this matter is denied and dismissed with prejudice.

DATED: January 6, 2014

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE